

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:   Herbert Jackson v. Patricia Jackson

Appellate case number:   01-14-00952-CV

Trial court case number:   14-DCV-217167

Trial court:   328th District Court of Fort Bend County

Date motion filed:   February 2, 2016

Party filing motion:   Herbert Jackson

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Rebeca Huddle
                            ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Higley, Huddle, and Lloyd


Date: February 18, 2016